# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WAYNE LIPSETT, JR.,<br><br>Petitioner,<br><br>v.<br><br>BRIAN HUFFY, Warden,<br><br>Respondent. | Case No. 1:14-cv-01403-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Robert W. Fox has succeeded Brian Huffy as warden of the California Medical Facility, Vacaville, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Robert W. Fox, Warden, California Medical Facility, as Respondent.

IT IS SO ORDERED.

Dated:   **October 26, 2016**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE